IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-11-1772 |
| BERT T. DUNKEN *and* PATRICK S. WELLNITZ, | § § § § | |
| Defendants. | § | |

ORDER

Pending before the Court is Defendants Bert T. Dunken and Patrick S. Wellnitz's Joint Motion to Dismiss Pursuant to Rules 12(B)(7) and 19 (Document No. 9). Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

ORDERS that Defendants Bert T. Dunken and Patrick S. Wellnitz's Joint Motion to Dismiss Pursuant to Rules 12(B)(7) and 19 (Document No. 9) is DENIED.

SIGNED at Houston, Texas, on this __24__ day of October, 2011.

DAVID HITTNER
United States District Judge