IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION, Plaintiff, | § § § § | |
| v. | § § | C.A. NO. 4:11-CV-01772 |
| BERT T. DUNKEN AND PATRICK S. WELLNITZ, Defendants. | § § § § | |

## AGREED AMENDED SCHEDULING ORDER

The Court, having considered the Unopposed Motion to Extend Pretrial Deadlines and the Agreed Amended Scheduling Order submitted therewith, finds that the motion is well-taken and should be GRANTED. It is accordingly

ORDERED that the Scheduling Order is amended as follows:

1. February 29, 2012    NEW PARTIES shall be joined, with leave of court, by this date. The attorney causing such joinder shall provide copies of this ORDER to the new parties.

2A. May 14, 2012    PLAINTIFF shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be served on the same day.

B. June 14, 2012    DEFENDANT shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be served on the same day.

3. March 30, 2012    AMENDMENTS to pleadings, **with** leave of court, shall be made by this date

4. <u>June 29, 2012</u>        DISCOVERY shall be completed by this date.

5. <u>July 31, 2012</u>        MOTION CUT-OFF. No motion, including motions to exclude or limit expert testimony under Fed. R. Evid. 702, shall be filed after this date except for good cause shown. See LR 7.

6. <u>September 28, 2012</u>   The JOINT PRETRIAL ORDER shall be filed on or before this date notwithstanding that a motion for continuance may be pending. Parties shall exchange all trial exhibits on or before this date notwithstanding that a motion for continuance may be pending. NO LATE EXCHANGES OF EXHIBITS WILL BE PERMITTED. All motions in limine shall be submitted with the pretrial order. Failure to file timely a joint pretrial order, motions in limine, or exchange all trial exhibits may result in this case being dismissed or other sanctions imposed, in accordance with all applicable rules.

7.    <u>November 2012</u>    TRIAL TERM. Cases will be set for trial at a docket call, conducted prior to the trial term or by order of the Court. Your position on the docket will be announced at that time.

Non-Jury ETT: 4 days

SIGNED this **2** day of **Nov**, 2011.

_____
UNITED STATES DISTRICT JUDGE

**AGREED:**

By: s/ Jill B. Davenport
    Mark T. Davenport
    Attorney-in-Charge
    State Bar No. 05418000
    Federal I.D. No. 8599
    mark.davenport@figdav.com

    Of Counsel:
    Jill B. Davenport
    State Bar No. 00783680
    Federal I.D. No. 15377
    jill.davenport@figdav.com
    Raymond E. Walker
    State Bar No. 24037663
    Federal I.D. No. 36366
    ray.walker@figdav.com

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
(214) 939-2000 - telephone
(214) 939-2090 - facsimile

ATTORNEYS FOR PLAINTIFF
OHIO NATIONAL LIFE
ASSURANCE COROPRATION

By: s/ Paul D. Flack
    Paul D. Flack
    Attorney-in-Charge
    State Bar No. 00786930
    Federal I.D. No. 17461
    pflack@pflack.com

The Law Office of Paul Flack
1500 McGowen, Ste. 220
Houston, TX 77004
(713) 705-3087 - telephone
(888) 758-1967 - facsimile

ATTORNEY FOR DEFENDANT
BERT T. DUNKEN


By: s/ James P. Keenan
    James P. Keenan
    Attorney-in-Charge
    State Bar No. 11167850
    Federal I.D. No. 1421

    Of Counsel:
    William Gage
    State Bar No. 07566580
    Federal I.D. No. ___

BUCK | KEENAN, LLP
700 Louisiana Street, Suite 5100
Houston, Texas 77002
(713) 225-4500 - telephone
(713) 225-3719 - facsimile

ATTORNEYS FOR DEFENDANT
PATRICK S. WELLNITZ