IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. 4:11-CV-01772 |
| BERT T. DUNKEN and PATRICK S. WELLNITZ, | § § § § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT AND JOIN NEW PARTY**

Plaintiff Ohio National Life Assurance Corporation ("Ohio National") has filed an unopposed motion for leave to file its Second Amended Complaint. The Court, having considered the motion for leave and having noted it is unopposed, is of the opinion that the motion is well-taken and should be granted. It is

ORDERED that the motion for leave to amend is GRANTED. It is further

ORDERED that Ohio National shall, within three days of entry of this Order, file the Second Amended Complaint.

SO ORDERED.

SIGNED this 29 day of Feb 2012.

_____
UNITED STATES DISTRICT JUDGE